EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | Queja |
| Nelson Escalona Colón | 99 TSPR 193 |

Número del Caso: AB-1999-16

Fecha: 29/12/1999

De la Oficina del Procurador General: Lcda. Ivonne Casanova Pelosi

Abogados de la Parte Querellada: Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Nelson Escalona Colón                AB-1999-16

PER CURIAM

San Juan, Puerto Rico, a 29 de diciembre de 1999

I

El 24 de marzo de 1999, previo Informe del Procurador General sobre resultado de investigación de queja presentada por el Sr. Rafael Rodríguez Rodríguez, contra el Lcdo. Nelson Escalona Colón y a su solicitud, concedimos a éste prórroga de sesenta (60) días para que contestara el Informe. Transcurrido dicho término, sin verificarse la correspondiente contestación, el 15 de julio le concedimos diez (10) días más apercibido de que su incumplimiento conllevaría medidas disciplinarias. El 2 de agosto solicitó prórroga y el 18, accedimos con carácter de término final hasta el 20 de agosto de 1999.

Nuevamente fue apercibido que de incumplir podría conllevar su suspensión del ejercicio de la abogacía.

El 25 compareció mediante Moción Urgente Sobre Notificación Tardía y el 27 le dimos hasta el 30 para exponer su posición en cuanto al Informe del Procurador General.

Finalmente, el 26 de octubre bajo, apercibimiento de sanciones, le concedimos treinta (30) días para que informara el resultado de sus gestiones para resolver el asunto, ello sin menoscabo del ejercicio de nuestra facultad disciplinaria. El Lcdo. Escalona Colón no ha cumplido.

## II

Desatender nuestras órdenes en el curso de un procedimiento disciplinario, revela una gran fisura del buen carácter que debe exhibir todo miembro de la Profesión Legal. Implica indisciplina, desobediencia, displicencia, falta de respeto y contumacia hacia las autoridades, particularmente éste foro.

Reiteradamente, hemos advertido a los abogados su "obligación ineludible de responder diligentemente a [nuestros requerimientos], particularmente cuando se trata de una queja presentada en su contra" con independencia de los méritos. In re: Melecio Morales, res. en 13 de febrero de 1998, 144 D.P.R. _____ (1998); In re: Pérez Benabe, res. en 19 de mayo de 1993, 133 D.P.R. _____ (1993); In re:

Colón Torres, 129 D.P.R. 490 (1991); In re: Álvarez Meléndez, 129 D.P.R. 495 (1991).

Una vez más "no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con [nuestras] órdenes." In re: Ríos Acosta, res. en 19 de mayo de 1997, 143 D.P.R. _____ (1997); In re: Guemárez Santiago, res. en 30 de junio de 1998, 146 D.P.R. _____ (1998).

Se dictará Sentencia suspendiendo inmediatamente de la abogacía al Lcdo. Escalona Colón, hasta que el Tribunal disponga de otro modo.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

   Nelson Escalona Colón            AB-1999-16

SENTENCIA

San Juan, Puerto Rico, a 29 de diciembre de 1999

     Por los fundamentos expuestos en la Opinión <u>Per Curiam</u> que antecede la cual se hace formar parte integrante de la presente, se dicta sentencia suspendiendo inmediatamente al Lcdo. Nelson Escalona Colón del ejercicio de la abogacía efectiva al momento de ser notificado, hasta que el Tribunal disponga de otro modo.

     Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Isabel Llompart Zeno
                                Secretaria del Tribunal Supremo